IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-00341-01-CR-W-DW |
| | ) | |
| JESSE JAMES GAUDETTE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

      Before the Court is the Report and Recommendation (Doc. 38) of Magistrate Judge John T. Maughmer, recommending the Court find that Defendant is competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense. Lee Ann Preston Baecht, Ph.D. has examined Defendant and filed a forensic psychiatric report opining that Defendant is competent to proceed. At the December 12, 2016 mental competency hearing, the parties stipulated to Dr. Baecht's report. To date, no written objections have been filed as to the Report and Recommendation. Accordingly, the Court accepts the recommendation and finds that Defendant is not presently suffering from a mental disease or defect that would prevent him from understanding the nature and consequences of the proceedings against him and from assisting properly in his defense. Therefore, Defendant is mentally competent to stand trial. The Report and Recommendation (Doc. 38) shall be attached to and made a part of this Order.

      IT IS SO ORDERED.


Date: January 3, 2017                                                              /s/ Dean Whipple
                                                                                             Dean Whipple
                                                                            United States District Judge